362

Thursday, April 30, 2015

No. 15–0140/AR. U.S. v. Henry L. Williams, III. CCA 20130284. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER APPELLANT COMMITTED LARCENIES OF THE PROPERTY OF TWO SOLDIERS BY USING THEIR DEBIT CARD INFORMATION WITHOUT AUTHORITY. *SEE UNITED STATES v. LUBASKY*, 68 M.J. 260 (C.A.A.F. 2010).

Briefs will be filed under Rule 25.